LOURDES G. BAIRD
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
HUGH W. BLANCHARD
ASSISTANT UNITED STATES ATTORNEY
312 NORTH SPRING STREET
LOS ANGELES, CA 90012
211-894-2470
Attorneys for the Plaintiff

FILED
MAY 15 1991



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DESI A. HAZELY

    Defendant(s).

COURT NO: CV91A10082

DEFAULT JUDGMENT

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from DESI A. HAZELY

the sum of $14,187.10 as principal, $0 as accrued prejudgment interest, $140.00 administrative charges, and $20.00 costs, for a total amount of $14,347.10, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: MAY 15 1991

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
    Deputy Clerk

CERTIFICATE OF MAILING

I LETICIA MEDINA, declare:

That I am a citizen of the United States and resident or employed in LOS ANGELES county, CA; that my business address is UNITED STATES ATTORNEY'S OFFICE, 312 NORTH SPRING STREET LOS ANGELES, 90012; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above-entitled action, in an envelope bearing the requisite postage, a copy of JUDGMENT and BILL OF COSTS addressed to :

> DESI A. HAZELY
> 8547 E. IMPERIAL HWY, APT #43B
> DOWNEY, CA  90242

at his/her/their last known address, at which place there is a delivery service by the United States mail.

This certificate is executed on _____, at LOS ANGELES, CA.

I certify under penalty of perjury that the foregoing is true and correct.

_____
LETICIA MEDINA